AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Harris, Pamela A. | **2. Court or Organization**<br><br>U.S. Court of Appeals, Fourth Circuit | **3. Date of Report**<br><br>04/22/2018 |

| | | |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

7201 Wisconsin Avenue
Suite 420
Bethesda, MD 20814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Google LLC - salary, bonus, equity |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | William & Mary Law School | 9/15/2017-9/17/2017 | Williamsburg, VA | Non-FJC educational program | Food, lodging |
| 2. | Yale Law School | 11/14/2017-11/15/2017 | New Haven, CT | Non-FJC educational program | Transportation, food, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J–P) | (2) Value Method Code 3 (Q–W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J–P) | (4) Gain Code 1 (A–H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust cash account | A | Interest | J | T | | | | | |
| 2. M&T Bank cash acccount | A | Interest | J | T | | | | | |
| 3. Bank of America cash accounts | B | Interest | O | T | | | | | |
| 4. Northern Trust cash accounts | B | Interest | M | T | | | | | |
| 5. Northwestern Mutual - whole life insurance policies | C | Dividend | M | T | | | | | |
| 6. Aberdeen Small Cap Fund | | None | | | Sold | 01/09/17 | N | | |
| 7. Aberdeen US Small Cap Equity Fund | | None | N | T | Buy | 01/09/17 | N | | |
| 8. Agilent Technologies Common | A | Dividend | M | T | | | | | |
| 9. Alphabet Inc. Common | | None | P1 | T | | | | | |
| 10. American Century Equity Growth Fund | A | Dividend | J | T | | | | | |
| 11. American Funds EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 12. American Funds Growth Fund of America | C | Dividend | N | T | | | | | |
| 13. American International Group Inc. Common | A | Dividend | J | T | | | | | |
| 14. American International Group Inc. Warrants | | None | J | T | | | | | |
| 15. Automatic Data Processing Common | C | Dividend | M | T | | | | | |
| 16. Blackrock Advantage Large Cap Value Fund | C | Dividend | N | T | Buy | 01/09/17 | N | | |
| 17. Blackrock High Yield Bond Portfolio Fund | E | Int./Div. | N | T | Buy (add'l) | 12/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BlackRock Large Cap Value Fund | | None | | | Sold | 01/09/17 | N | | |
| 19. Broadridge Financial Solutions, Inc. Common | A | Dividend | K | T | | | | | |
| 20. CDK Global Inc. Common | A | Dividend | K | T | | | | | |
| 21. Cisco Systems Inc. Common | B | Dividend | K | T | | | | | |
| 22. Clearbridge Dividend Strategy Fund | C | Dividend | M | T | | | | | |
| 23. Coca Cola Common | D | Dividend | M | T | | | | | |
| 24. Davis New York Venture Fund | B | Dividend | N | T | | | | | |
| 25. Dell Technologies Inc. Common | | None | J | T | | | | | |
| 26. DFA International Small Company Portfolio Fund | A | Dividend | K | T | Buy | 03/17/17 | J | | |
| 27. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 28. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 29. DFA U.S. Core Equity 1 Portfolio Fund | E | Dividend | P1 | T | Buy (add'l) | 12/15/17 | J | | |
| 30. Discover Financial Services Common | A | Dividend | L | T | | | | | |
| 31. Eaton Vance Large-Cap Value Fund | A | Dividend | L | T | | | | | |
| 32. Express Scripts Holdings Common | | None | L | T | | | | | |
| 33. Exxon Mobil Corp. Common | E | Dividend | N | T | | | | | |
| 34. Fidelity Advisor Mid Cap II Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Advisor New Insights Fund | A | Dividend | N | T | | | | | |
| 36. First Eagle Global Fund | B | Dividend | M | T | | | | | |
| 37. Flexshares Morningstar Global Upstream Natural Resources Index Fund | D | Dividend | N | T | Buy (add'l) | 01/09/17 | J | | |
| 38. | | | | | Sold (part) | 01/23/17 | J | | |
| 39. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 40. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 41. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 42. | | | | | Sold (part) | 05/01/17 | J | | |
| 43. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 44. | | | | | Buy (add'l) | 10/20/17 | K | | |
| 45. Flexshares STOXX Global Broad Infrastrture Index Fund | C | Dividend | M | T | Buy (add'l) | 01/09/17 | J | | |
| 46. | | | | | Sold (part) | 01/23/17 | J | | |
| 47. | | | | | Buy (add'l) | 01/27/17 | K | | |
| 48. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 49. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 50. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 51. Franklin Federal Tax-Free Income Fund | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hartford Capital Appreciation Fund | B | Int./Div. | M | T | | | | | |
| 53. Howard County, MD Municipal Bond | C | Interest | L | T | | | | | |
| 54. IBM Corp. Common | D | Dividend | M | T | | | | | |
| 55. Intel Corp. Common | C | Dividend | M | T | | | | | |
| 56. Janus Enterprise Fund | A | Dividend | K | T | | | | | |
| 57. Johnson & Johnson Common | D | Dividend | N | T | | | | | |
| 58. Keysight Technologies Inc. Common | | None | K | T | | | | | |
| 59. Lord Abbett High Yield Municipal Bond Fund | C | Int./Div. | L | T | | | | | |
| 60. McDonald's Corp. Common | E | Dividend | O | T | | | | | |
| 61. Medtronic PLC Common | D | Dividend | N | T | | | | | |
| 62. Merk & Co. Common | D | Dividend | N | T | | | | | |
| 63. Morgan Stanley Common | B | Dividend | L | T | | | | | |
| 64. Northern Emerging Markets Equity Index Fund | B | Dividend | L | T | Buy (add'l) | 01/05/17 | J | | |
| 65. | | | | | Buy (add'l) | 01/23/17 | J | | |
| 66. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 67. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 68. | | | | | Buy (add'l) | 04/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 70. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 71. Northern Global Real Estate Index Fund | D | Dividend | M | T | Buy (add'l) | 01/05/17 | J | | |
| 72. | | | | | Sold (part) | 01/23/17 | J | | |
| 73. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 74. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 75. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 76. Northern High Yield Fixed Income Fund | B | Dividend | K | T | Buy (add'l) | 01/05/17 | J | | |
| 77. | | | | | Buy (add'l) | 01/23/17 | J | | |
| 78. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 79. | | | | | Sold (part) | 03/17/17 | J | | |
| 80. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 81. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 82. Northern International Equity Index Fund | E | Dividend | P1 | T | Buy (add'l) | 01/05/17 | J | | |
| 83. | | | | | Buy (add'l) | 01/23/17 | J | | |
| 84. | | | | | Buy (add'l) | 01/25/17 | L | | |
| 85. | | | | | Buy (add'l) | 01/30/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/17/17 | J | | |
| 87. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 88. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 89. | | | | | Buy (add'l) | 10/20/17 | K | | |
| 90. Northern Mid Cap Index Fund | C | Dividend | N | T | Sold (part) | 01/23/17 | J | | |
| 91. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 92. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 93. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 94. | | | | | Sold (part) | 04/25/17 | J | | |
| 95. Northern Small Cap Index Fund | A | Dividend | K | T | Buy (add'l) | 01/23/17 | J | | |
| 96. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 97. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 98. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 99. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 100. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 101. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 102. Northern Stock Index Fund | C | Dividend | M | T | Buy (add'l) | 01/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 01/23/17 | J | | |
| 104. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 105. | | | | | Sold (part) | 03/17/17 | J | | |
| 106. | | | | | Sold (part) | 04/21/17 | J | | |
| 107. | | | | | Buy (add'l) | 04/25/17 | K | | |
| 108. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 109. | | | | | Buy (add'l) | 10/20/17 | L | | |
| 110. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 111. Nuveen All-American Municipal Bond Fund | C | Int./Div. | L | T | | | | | |
| 112. Nuveen High Yield Municipal Bond Fund | B | Int./Div. | K | T | | | | | |
| 113. Pfizer Inc. Common | D | Dividend | N | T | | | | | |
| 114. Prince George's County, MD Municipal Bonds | C | Interest | M | T | | | | | |
| 115. Principal Midcap Fund | A | Dividend | M | T | Buy | 01/05/17 | M | | |
| 116. Schlumberger Ltd. Common | C | Dividend | M | T | | | | | |
| 117. SPDR S&P 500 ETF Trust | D | Dividend | N | T | | | | | |
| 118. Texas Instruments Common | D | Dividend | O | T | | | | | |
| 119. Thornburg International Value Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Emerging Markets Select Stock Fund | D | Dividend | M | T | Buy (add'l) | 12/26/17 | J | | |
| 121. Vanguard Emerging Markets Stock Index Fund | A | Dividend | K | T | | | | | |
| 122. Vanguard Explorer Fund | B | Dividend | L | T | | | | | |
| 123. Vanguard Extended Market Index Fund | B | Dividend | M | T | Buy (add'l) | 01/01/17 | J | | |
| 124. Vanguard Int'l Equity Index Funds Emerging Markets Stock Index Fund | D | Dividend | O | T | | | | | |
| 125. Vanguard International Growth Fund | B | Dividend | L | T | Buy (add'l) | 12/26/17 | K | | |
| 126. Vanguard Institutional Index Fund | B | Dividend | L | T | Buy (add'l) | 01/01/17 | J | | |
| 127. Vanguard Mid-Cap Growth Fund | A | Dividend | L | T | Buy (add'l) | 12/26/17 | J | | |
| 128. Vanguard Mid-Cap Index Fund | B | Dividend | M | T | Buy (add'l) | 12/26/17 | J | | |
| 129. Vanguard PrimeCap Core Fund | E | Dividend | O | T | Buy (add'l) | 12/26/17 | J | | |
| 130. Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 131. Vanguard REIT Index Fund | B | Dividend | L | T | Buy (add'l) | 01/01/17 | J | | |
| 132. Vanguard Small-Cap Index Fund | B | Dividend | L | T | | | | | |
| 133. Vanguard Small-Cap Growth Index Fund | | None | | | Sold | 01/05/17 | K | | |
| 134. Vanguard Total Bond Market Index Fund | A | Dividend | K | T | Buy (add'l) | 01/01/17 | J | | |
| 135. Vanguard Total International Stock Index Fund | A | Dividend | K | T | Buy (add'l) | 01/01/17 | J | | |
| 136. Vanguard Total Stock Market Index Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard U.S. Growth Fund | A | Dividend | L | T | | | | | |
| 138. Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 139. Vanguard Windsor II Fund | B | Dividend | M | T | | | | | |
| 140. Victory Munder Mid-Cap Core Growth Fund | A | Dividend | L | T | | | | | |
| 141. Western Digital Corp. Common | A | Dividend | K | T | | | | | |
| 142. Zoetis Inc. Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/22/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII:

Alphabet Inc. shares (Part VII, line 9) vested monthly throughout the year.

Vanguard funds with purchase date of 1/1/17 (Part VII, lines 123, 126, 131, 134, 135) had purchases throughout 2017 from salary withholding.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela A. Harris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544